UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts I, Inc. )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Joanne Celli )<br>)<br>Defendant )<br>_____) | Case No.:<br><br>**CORPORATION DISCLOSURE STATEMENT** |

05 - 10692 RWZ

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

_____          _____
Date                              John M. McLaughlin
                                  **Green, Miles, Lipton & Fitz-Gibbon**
                                  77 Pleasant Street
                                  P.O. Box 210
                                  Northampton, MA 01061
                                  Telephone: (413) 586-0865
                                  BBO No. 556328

Page 1