AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Joanne Celli

**SUMMONS IN A CIVIL CASE**

05-10692 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

Joanne Celli
6 Williams Court
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK




APR 07 2005

DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date Signature of Server

______________________
Address of Server

0501383Ø



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 3, 2005

**I hereby certify and return that on 4/28/2005 at 11:15AM I served a true and attested copy of the SUMMONS AND COMPLAINT AND CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOANNE CELLI, , 6 WILLIAMS COURT WOBURN, MA 01801 and by mailing 1st class to the above address on 4/29/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($2.70), Postage and Handling ($3.00), Travel ($6.40) Total Charges $42.10**

Albert Forgione

*Deputy Sheriff*