**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.,**    ) | Case No.:  1:05-10692 RWZ |
| ) | |
| Plaintiff,    ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.    ) | |
| ) | **WITH PREJUDICE** |
| **Joanne Celli**    ) | |
| ) | |
| Defendant    ) | |
| ) | |

Now comes the Plaintiff in this action and hereby gives Notice to this Court, that pursuant to Rule 41(a)(1)(I) of the Fed. R. Civ. P., the Plaintiff dismisses, without prejudice, the Defendant Joanne Celli from the above-referenced action.

                                        Respectfully Submitted for the Plaintiff,
                                        Comcast of Massachusetts I, Inc.
                                        By Its Attorney,

| | |
|---|---|
| 6/2/2005 | ___/s/ John M. McLaughlin____ |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone:  (413) 586-0865 |
| | BBO No. 556328 |

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the June 2, 2005, a copy of the foregoing was mailed first class to:

Joanne Celli
6 Williams Court
Woburn, MA 01801

   /s/ John M. McLaughlin
John M. McLaughlin, Esq.